UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK                                          CASE No. 07CV11468

MONIQUE HARRISON,

                                                              Plaintiff(s) Petitioner(s)      Calendar No. _____

                                against                                                      AFFIDAVIT
                                                                                                 OF
CITY OF NEW YORK ET AL,                                                                       SERVICE
                                                             Defendant(s) Respondent(s)

KINGS COUNTY, NEW YORK STATE: Domingo R. Barros                                        being sworn,
says: Deponent is not a party herein, is over 18 years of age and resides at 26 Court Street, Brooklyn, New York
On FEB. 4, 2008 at 4:18 P.M., at 100 CHURCH STREET (4FL) NEW YORK, NEW YORK
deponent served the within ☐ summons    ☐ with notice         ☐ summons, Spanish summons and complaint, the language required by NYCRR
                          ☒ summons and complaint               2900.2(e), (f) & (h) was set forth on the face of the summons(es)
                          ☐ notice of petition and petition   ☐ citation
                          ☐ subpoena   ☐ subpoena duces tecum ☐

on  CITY OF NEW YORK                                          ☒ defendant    (hereinafter
                                                              ☐ respondent   called          therein named
                                                              ☐ witness      the recipient)

INDIVIDUAL  by delivering a true copy of each to said recipient personally; deponent knew the person so served to be the person described as said
1. ☐        recipient therein.

CORPORATION  a MUNICIPAL  corporation, by delivering thereat a true copy of each to  TAMEIKA MENDES-GAMMON
2. ☒        personally, deponent knew said corporation so served to be the corporation, described in same as said recipient and knew said individual to be
                                    AUTHORIZED AGENT  thereof

SUITABLE
AGE PERSON  by delivering thereat a true copy of each to                                        a person of suitable
3. ☐        age and discretion. Said premises is recipient's  ☐ actual place of business  ☐ dwelling place  ☐ usual place of abode within the state.

AFFIXING TO
DOOR, ETC.  by affixing a true copy of each to the door of said premises, which is recipient's  ☐ actual place of business  ☐ dwelling place  ☐ usual place of
4. ☐        abode within the state. Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, thereat, having called there

            Deponent talked to                          at said premises who stated that recipient  ☐ lived  ☐ worked there.
MAILING TO  Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to recipient at recipient's last
RESIDENCE
USE WITH 3 OR 4  known residence, at
5A. ☐       and deposited said envelope in an official depository under exclusive care and custody of the U.S. Postal Service within New York State.

MAILING TO  Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class postpaid envelope properly addressed to recipient at
BUSINESS
USE WITH 3 OR 4  recipient's actual place of business, at
5B. ☐       in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "Personal
            and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or
            concerned an action against the recipient.

DESCRIPTION  ☐ Male      ☐ White Skin   ☒ Black Hair   ☐ White Hair   ☒ 14-20 Yrs.   ☐ Under 5'    ☐ Under 100 Lbs.
☒           ☒ Female    ☐ Black Skin   ☒ Brown Hair   ☐ Balding     ☐ 21-35 Yrs.   ☐ 5'0"-5'3"   ☐ 100-130 Lbs.
            ☐ Yellow Skin ☐ Blonde Hair ☐ Mustache    ☐ 36-50 Yrs.   ☒ 5'4"-5'8"   ☒ 131-160 Lbs.
            ☒ Brown Skin  ☐ Gray Hair   ☐ Beard       ☐ 51-65 Yrs.   ☐ 5'9"-6'0"   ☐ 161-200 Lbs.
            ☐ Red Skin    ☐ Red Hair    ☐ Glasses     ☐ Over 65 Yrs. ☐ Over 6'     ☐ Over 200 Lbs.
            Other identifying features:

WITNESS
FEES        $           the authorizing traveling expenses and one days' witness fee:  ☐ was paid (tendered) to the recipient
☐                                                                                      ☐ was mailed to the witness with subpoena copy.

MILITARY    I asked the person spoken to whether recipient was in active military service of the United States or of the State of New York in any capacity whatever
SERVICE     and received a negative reply. Recipient wore ordinary civilian clothes and no military uniform. The source of my information and the grounds of my
☐           belief are the conversations and observations above narrated.
            Upon information and belief I aver that the recipient is not in military service of New York State or of the United States as that term is defined in either
            the State or in the Federal statutes.

Sworn to before me on 2/4/08                                    Domingo R. Barros            License No. 745503

                                  KAREN BARROS
                              Notary Public, State of N.Y.
                                  No. 01BA6119737
                              Qualified in Westchester Co.
                              Commission Expires Dec. 06 20 08

147—Affidavit of service: multi-purpose form. 3-89                                 © 1978 BY JULIUS BLUMBERG, INC. PUBLISHER NYC 10013