**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**                           CASE No. 07CV11468

MONIQUE HARRISON,
                                                              Plaintiff(s) Petitioner(s)     Calendar No.
                              against
                                                                                              AFFIDAVIT
                                                                                                  OF
CITY OF NEW YORK, ETAL,                                                                         SERVICE
                                                              Defendant(s) Respondent(s)

KINGS COUNTY, NEW YORK STATE: **Domingo R. Barros** being sworn,
says: Deponent is not a party herein, is over 18 years of age and resides at **26 Court Street, Brooklyn, New York**
On **FEB. 12, 2008** at **4:50** P.M., at **2049 BARTOW AVENUE BRONX, NEW YORK**
deponent served the within ☐ summons  ☐ with notice        ☐ summons, Spanish summons and complaint, the language required by NYCRR
                    ☒ summons and complaint                   2900.2(e), (f) & (h) was set forth on the face of the summons(es)
                    ☐ notice of petition and petition       ☐ citation
                    ☐ subpoena  ☐ subpoena duces tecum      ☐

on **RIVER BAY CORPORATION**                                ☒ defendant        (hereinafter
                                                            ☐ respondent       called       therein named
                                                            ☐ witness          the recipient)

INDIVIDUAL  by delivering a true copy *of each* to said recipient personally; deponent knew the person so served to be the person described as said
1. ☐        recipient therein.

CORPORATION a **DOMESTIC**           corporation, by delivering thereat a true copy *of each* to **MICHAEL MUNNS**
2. ☒        personally, deponent knew said corporation so served to be the corporation, described in same as said recipient and knew said individual to be
                                          **AUTHORIZED AGENT**           thereof

SUITABLE    by delivering thereat a true copy *of each* to                                                     a person of suitable
AGE PERSON  age and discretion. Said premises is recipient's ☐ actual place of business ☐ dwelling place ☐ usual place of abode within the state.
3. ☐

AFFIXING TO by affixing a true copy *of each* to the door of said premises, which is recipient's ☐ actual place of business ☐ dwelling place ☐ usual place of
DOOR, ETC.  abode within the state. Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, thereat, having called there
4. ☐

            Deponent talked to                         at said premises who stated that recipient ☐ lived ☐ worked there.
MAILING TO  Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to recipient at recipient's last
RESIDENCE
USE WITH 3 OR 4 known residence, at
5A. ☐       and deposited said envelope in an official depository under exclusive care and custody of the U.S. Postal Service within New York State.

MAILING TO  Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class postpaid envelope properly addressed to recipient at
BUSINESS
USE WITH 3 OR 4 recipient's actual place of business, at
5B. ☐       in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "Personal
            and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or
            concerned an action against the recipient.

DESCRIPTION ☒ Male      ☒ White Skin    ☐ Black Hair    ☒ White Hair   ☐ 14-20 Yrs.  ☐ Under 5'    ☐ Under 100 Lbs.
☒           ☐ Female    ☐ Black Skin    ☐ Brown Hair    ☐ Balding      ☐ 21-35 Yrs.  ☐ 5'0"-5'3"   ☐ 100-130 Lbs.
            ☐ Yellow Skin ☐ Blonde Hair ☐ Mustache      ☐ 36-50 Yrs.   ☐ 5'4"-5'8"   ☐ 131-160 Lbs.
            ☐ Brown Skin  ☒ Gray Hair   ☐ Beard         ☒ 51-65 Yrs.   ☒ 5'9"-6'0"   ☒ 161-200 Lbs.
            ☐ Red Skin    ☐ Red Hair    ☐ Glasses       ☐ Over 65 Yrs. ☐ Over 6'     ☐ Over 200 Lbs.
            Other identifying features:

WITNESS     $           the authorizing traveling expenses and one days' witness fee:  ☐ was paid (tendered) to the recipient
FEES
☐                                                                                       ☐ was mailed to the witness with subpoena copy.

MILITARY    I asked the person spoken to whether recipient was in active military service of the United States or of the State of New York in any capacity whatever
SERVICE     and received a negative reply. Recipient *wore ordinary civilian clothes and no military uniform.* The source of my information and the grounds of my
☐           belief are the conversations and observations above narrated.
            Upon information and belief I aver that the recipient is not in military service of New York State or of the United States as that term is defined in either
            the State or in the Federal statutes.

Sworn to before me on **2/12/08**                          Domingo R. Barros       License No. **745503**

KAREN BARROS
Notary Public, State of N.Y.
No. 01BA6119737
Qualified in Westchester Co.
Commission Expires Dec. 06 20**08**

147—Affidavit of service: multi-purpose form. 3-89                           © 1978 BY JULIUS BLUMBERG, INC. PUBLISHER NYC 10013