AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

MONIQUE HARRISON

v.

CITY OF NEW YORK, et al.

APPEARANCE

Case Number: 07 CV 11468

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

City of New York

I certify that I am admitted to practice in this court.

February 25, 2008
Date

*Meghan Cavalieri*
Signature

Meghan A. Cavalieri
Print Name

MC 6758
Bar Number

100 Church Street
Address

New York, NY  10007
City          State          Zip Code

(212) 788-6405
Phone Number

(212) 788-9776
Fax Number