



**MICHAEL A. CARDOZO**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, N.Y. 10007

**MEGHAN A. CAVALIERI**
*Assistant Corporation Counsel*
Tel.: (212) 788-6405
Fax: (212) 788-9776

**MEMO ENDORSED**

February 25, 2008

BY HAND
Honorable Leonard B. Sand
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: <u>Monique Harrison v. City of New York, et al.</u>, 07 CV 11468 (LBS)

Dear Judge Sand:

      I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department and attorney for defendant City of New York. I am writing with the consent of plaintiff's counsel, Michael Lumer, Esq., to respectfully request a sixty (60) day enlargement of time from today, February 25, 2008, until April 25, 2008, within which this office may answer or otherwise respond to the complaint. This is the first request made by this office for an enlargement of time in this action.

      The complaint alleges, inter alia, that plaintiff Monique Harrison's home was unlawfully entered and searched. Before this office can adequately respond to the complaint, we will need to conduct an investigation into the facts of the case. The enlargement of time will afford us the opportunity to investigate the matter.

      In view of the foregoing, it is respectfully requested that the Court grant the within request extending the City's time to answer or otherwise respond to the complaint until April 25, 2008.

*Granted on consent so endorsed*
*[signature] B. Sand*
*2/26/08*

**MEMO ENDORSED**

- 2 -

Thank you for your consideration in this regard.

                              Respectfully submitted,

                              *Meghan Cavalieri*

                              Meghan A. Cavalieri (MC 6758)
                              Assistant Corporation Counsel
                              Special Federal Litigation Division

cc:    VIA FACSIMILE
       Michael Benjamin Lumer
       Reibman & Weiner
       Attorneys for Plaintiff
       26 Court Street, Suite 1005
       Brooklyn, NY 11242
       (718) 522-1743
       Fax: (718) 643-9297