RVB8008
**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
MONIQUE HARRISON,

                      Plaintiff,

     -against-

THE CITY OF NEW YORK, RIVERBAY CORPORATION, and "JOHN/JANE DOES #1-5" believed to be members of the NEW YORK CITY POLICE DEPARTMENT and/or RIVERBAY CORPORATION,

                      Defendant.
------------------------------------------------------------------X

**RULE 7.1 STATEMENT**

Civil Action No.: 07CV11468

     Pursuant to Federal Rule of Civil Procedure 7.1 (Formerly Local General Rule 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for RIVERBAY CORPORATION (a private non-government party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said parties which are publicly held:

     None.

     Dated: New York, New York
     February 25, 2008

                                  Respectfully submitted
                                  **ARMIENTI, DeBELLIS,**
                                  **GUGLIELMO & RHODEN, LLP**

                                  By:_____/s/_____ _____
                                      Michael Armienti (9401)
                                      Attorneys for Defendant
                                      RIVERBAY CORPORATION
                                      44 Wall Street, 18th Floor
                                      New York, New York 10005-2401
                                      (212) 809-7074

## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK            )
                             ) ss:
COUNTY OF NEW YORK           )

      **Erik Lides,** being duly sworn, deposes and says:

      That deponent is not a party to this action, is over the age of 18 years and resides in Brooklyn, New York.

      That on the ____ day of February, 2008, deponent served by mail the within: **RULE 7.1 STATEMENT** UPON:

Reibman & Weiner
Attorneys for Plaintiff
26 Court Street-Suite 1005
Brooklyn, New York 11242
(718) 522-1743

City of New York
100 Church Street-4th Floor
New York, New York 10007

which addresses is/are designated by said attorney(s) for purpose, by depositing a true copy thereof, enclosed in a postpaid, properly addressed wrapper in an official depository under the exclusive care and custody of the United States Post Office Department of the State of New York.

                                                            **ERIK LIDES**

Sworn to before me this
    day of February, 2008

_____

RVB 8008

**INDEX NO.: 07 CIV 11468**

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

**MONIQUE HARRISON,**

*Plaintiff,*

-*against*-

**THE CITY OF NEW YORK, RIVERBAY CORPORATION, and "JOHN/JANE DOES #1-5"** believed to be members of the **NEW YORK CITY POLICE DEPARTMENT and/or RIVERBAY CORPORATION,**

*Defendants.*

**RULE 7.1 STATEMENT**

**ARMIENTI, DeBELLIS, GUGLIELMO & RHODEN, LLP**
*Attorneys for Defendant*
**RIVERBAY CORPORATION**
Office & P.O. Address
44 Wall Street, 18th Floor
New York, New York  10005-2401
(212) 809-7074