UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

| | |
|---|---|
| MONIQUE HARRISON,<br><br>                              Plaintiff,<br><br>            -against-<br><br>THE CITY OF NEW YORK, RIVERBAY CORPORATION, and "JOHN/JANE DOES #1-5" believed to be members of the NEW YORK CITY POLICE DEPARTMENT and/or RIVERBAY CORPORATION,<br><br>                              Defendants. | **ANSWER ON BEHALF OF CITY OF NEW YORK TO DEFENDANT RIVERBAY CORPORATION'S CROSS CLAIMS**<br><br>07 CV 11468 (LBS)<br><br>Jury Trial Demanded |

------------------------------------------------------------------ x

Defendant, The City of New York, by its attorney, Michael A. Cardozo, Corporation Counsel of the City of New York, for it answer to the complaint, respectfully alleges, upon information and belief, as follows:

1.      Defendant repeats and realleges each and every paragraph of their Answer to the complaint dated April 8, 2008, as if fully set forth herein, including all affirmative defenses set forth therein.

2.      Denies the allegations set forth in paragraph "28" of defendant Riverbay Corporation's Answer with Cross Claims.

### AS AND FOR A FIRST AFFIRMATIVE DEFENSE TO THE CROSS CLAIMS:

3.      The cross claims fail to state a claim upon which relief can be granted.

### AS AND FOR A SECOND AFFIRMATIVE DEFENSE TO THE CROSS CLAIMS:

4.      Defendant City of New York has not violated any rights, privileges or immunities under the Constitution or laws of the United States or the State of New York or any

political subdivision thereof, nor has defendant, City of New York, violated any act of Congress providing for the protection of civil rights.

### AS AND FOR A THIRD AFFIRMATIVE DEFENSE TO THE CROSS CLAIMS:

5. At all times relevant to the incident, defendant City of New York acted reasonably in the proper and lawful exercise of its discretion.

### AS AND FOR A FOURTH AFFIRMATIVE DEFENSE TO THE CROSS CLAIMS:

6. To the extent defendant Riverbay Corporation asserts state law claims against the City of New York, such claims should be barred by the doctrine of immunity for judgmental errors in the exercise of governmental functions.

### AS AND FOR A FIFTH AFFIRMATIVE DEFENSE TO THE CROSS CLAIMS:

7. Defendant Riverbay Corporation's cross-claims against defendant City of New York are not ripe for adjudication.

### AS AND FOR A SIXTH AFFIRMATIVE DEFENSE TO THE CROSS CLAIMS:

8. This Court lacks subject matter jurisdiction over defendant Riverbay Corporation's cross-claims.

### AS AND FOR A SEVENTH AFFIRMATIVE DEFENSE TO THE CROSS CLAIMS:

9. Defendant Riverbay Corporation's cross claims may be barred in part by the doctrines of res judicata and/or collateral estoppel.

### AS AND FOR A EIGHTH AFFIRMATIVE DEFENSE TO THE CROSS CLAIMS:

10. Defendant Riverbay Corporation is not entitled to indemnification by the City of New York.

**WHEREFORE**, Defendant City of New York requests judgment dismissing the cross claims of defendant Riverbay Corporation, together with the costs and disbursements of this action, and such other and further relief as the Court may deem just and proper.

Dated: New York, New York
      April 8, 2008

                                        MICHAEL A. CARDOZO
                                        Corporation Counsel
                                        of the City of New York
                                        Attorney for Defendant City of New York
                                        100 Church Street, Room 6-307
                                        New York, New York 10007
                                        (212) 788-6405

                             By: _____
                                        Meghan A. Cavalieri (MC 6758)
                                        Assistant Corporation Counsel
                                        Special Federal Litigation Division

To:    <u>VIA ECF</u>
        Michael Armienti, Esq.
        Armienti, DeBellis,
        Guglielmo & Rhoden, LLP
        Attorneys for Defendant Riverbay
        44 Wall St., 18th Floor
        New York, NY 10005

cc:    Michael Lumer, Esq.
        Reibman & Weiner
        Attorneys for Plaintiffs
        26 Court St., Suite 1005
        Brooklyn, NY 11242

08 CV 11468 (LBS)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Monique Harrison,

            Plaintiff,

       -against-

THE CITY OF NEW YORK, RIVERBAY CORPORATION, and "JOHN/JANE DOES #1-5" believed to be members of the NEW YORK CITY POLICE DEPARTMENT and/or RIVERBAY CORPORATION,

            Defendants.

**ANSWER TO DEFENDANT RIVERBAY CORPORATION'S CROSS CLAIMS ON BEHALF OF CITY OF NEW YORK**

*MICHAEL A. CARDOZO*
*Corporation Counsel of the City of New York*
*Attorney for Defendant City of New York*
*100 Church Street*
*New York, New York 10007*

*Of Counsel: Meghan A. Cavalieri*
*Tel: (212) 788-6405*

*Due and timely service is hereby admitted.*

*New York, N.Y. ............................................, 2008*

*............................................................ Esq.*

*Attorney for..........................................................*