UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
Monique Harrison

v.

City of New York, Riverbay Corp.
John Does 1-5
------------------------------------X

07 Civ. 11468
07 CIV. ~~11468(LBS)~~

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-13-08
```

APPEARANCES:

Plaintiff by:
Reibman + Weiner
by Michael B. Lumer

26 Court Street #1205
Bklyn, N.Y. 11242

Defendant by: City of New York
Assistant Corporation Counsel
Meghan A. Cavalieri

Defendant - Riverbay Corp.
44 Wall St N.Y., N.Y. 10005
by Vanessa Corchia, Esq

SAND, J.

      Pursuant to Fed. R. Civ. P. 16(b), after holding an initial pretrial conference, it is hereby ordered that:

1. The last date for joining additional parties or amending the pleadings shall be _____.

2. The last date for the filing and hearing of motions shall be _____.

3. All discovery shall be completed by 11/17/08

4. A ~~pretrial order~~ status letter shall be submitted by 12/1/08. The pretrial ~~order shall conform with the Court's instructions, a copy of which may be obtained from the Deputy Clerk.~~

5. A pretrial conference shall be held on _____ at _____. ~~This conference is to be attended by counsel who will actually try the case.~~

      If the action is for personal injuries, plaintiff is directed ~~to make a monetary settlement demand and defendant is directed to respond to such~~ demand prior to the pretrial conference.

      SO ORDERED.

DATED: New York, New York
           8/13/08

                          U.S.D.J.